## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-165 CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GREGORY LOPEZ,

      Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

## <u>COUNT 1</u>

On or about April 26, 2020, in the State and District of Colorado and elsewhere, GREGORY LOPEZ, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of 18 years, to wit: "Minor #1," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction has actually been transported and transmitted

1

using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

Between on or about April 29, 2020 and May 6, 2020, in the State and District of Colorado and elsewhere, GREGORY LOPEZ, defendant herein, knowingly made, printed, and published, and caused to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, produce, display, distribute, and reproduce any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction is of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer and which notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer.

All in violation of Title 18, United States Code, Section 2251(d)(1)(A) and (e).

## COUNT 3

On or about May 6, 2020, in the State and District of Colorado and elsewhere, GREGORY LOPEZ, defendant herein, did knowingly transport and ship child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and in and affecting interstate

and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT 4

On or about May 7, 2020, in the State and District of Colorado, GREGORY LOPEZ, defendant herein, did knowingly possess any computer disk and other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1.      The allegations contained in Counts 1-4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code Section 2253.

2.      Upon conviction of any of the violations alleged in Counts 1-4 of this Indictment involving violations of Title 18, United States Code Section 2251 and 2252A, the defendant, GREGORY LOPEZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

a.      any visual depiction described in section 2251, 2251A, or 2252,

3

2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film or videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

b.    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property subject to forfeiture, pursuant to Title 18, United States Code Section 2253, includes, but is not limited to, the following item: one LG LM-X320MA cellular telephone with IMEI 358835101997409.

4.    If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 2253(b), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable

property.

A TRUE BILL:


Ink signature on file in the Clerk's Office
FOREPERSON


JASON R. DUNN
United States Attorney

By:  *s/ Alecia L. Riewerts*
Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0401
E-mail:  Alecia.Riewerts@usdoj.gov
Attorney for Government