AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 20-cr-165 CMA |
|  | ) | |
| GREGORY LOPEZ | ) | |
|  | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     GREGORY LOPEZ                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and (e)
Advertisement of Child Pornography in violation of 18 U.S.C. § 2251(d)(1)(A) and (e)
Transportation of Child Pornography in violation of 18 U.S.C. § 2252A(a)(1) and (b)(1)
Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

Date:   06/03/2020                                       s/E. Van Alphen, Deputy Clerk
                                                              *Issuing officer's signature*

City and state:   Denver, Colorado                       Jeffrey P. Colwell, Clerk of Court
                                                              *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                       _____
                                                              *Arresting officer's signature*

                                                              _____
                                                              *Printed name and title*