## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1. GREGORY LOPEZ,

    Defendant.
_____

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

    TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL OR ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

    This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of GREGORY LOPEZ, YOB 1993, Booking number 2000006166, defendant herein, confined in the El Paso County Sheriff's Office, 210 S. Tejon St., Colorado Springs, CO 80903; before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, to appear for an initial appearance and to hold the defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these proceedings in the United States District Court for the District of Colorado, you shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this _____ day of June, 2020.

BY THE COURT:

_____
CLERK, UNITED STATES DISTRICT COURT