IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-CR-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY LOPEZ,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the **United States Marshal or any other federal law enforcement officer** to produce Gregory Lopez, YOB: 1993, now confined in the El Paso County Sheriff's Office, 210 S. Tejon St., Colorado Springs, CO 80903, Booking Number 2000006166, before a United States Magistrate Judge forthwith for proceedings in the above-referenced case, and to hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case, and immediately thereafter to return the Defendant

2

to the institution where he was confined.

DATED: June 8, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge