IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY LOPEZ,

    Defendant.

**UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

The United States of America, by and through Assistant Alecia L. Riewerts, Assistant United States Attorney, hereby moves this Court for a protective order.

1. Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case.

2. The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents disclosing the name of and information concerning a minor victim, maintain the confidentiality of any information in said documents concerning a minor victim, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the minor victim.

3. The Government submits that due to the nature of the case and due to the underlying discovery, there is a significant possibility that without a protective order,

names or other information concerning minor victims or witnesses could be disclosed, which would be detrimental to the minors.

4. Because the provisions of the Act apply, the Government is requesting a protective order that governs filings in this case consistent with 18 U.S.C. § 3509(d) and as suggested in the Proposed Order attached hereto.

5. Additionally, the Government respectfully requests a protective order in this case limiting disclosure of the discovery materials, as the United States believes that the unnecessary disclosure of documents which contain identifying information related to the minor victims or witnesses could be detrimental to the minors.  Further, the unnecessary disclosure of documents related to the investigative lead materials could reveal details regarding the undercover agent involved in the investigation, who uses his undercover persona to conduct other investigations on the darknet.

6. The Government has consulted with counsel for Defendant and informs the Court that the Defendant does not object to the entry of the proposed protective order.

7. WHEREFORE, the Government respectfully requests the Court enter a protective order consistent with those suggested in the Proposed Order, which is attached.

Respectfully submitted,

JASON R. DUNN
United States Attorney

*s/Alecia L. Riewerts*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Alecia.Riewerts@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 18th day of June, 2020, I electronically filed the foregoing **UNOPPOSED MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
David Kraut

**Email Address:**
David_Kraut@fd.org

                *s/ Alecia L. Riewerts*
                By: Alecia L. Riewerts
                Assistant U.S. Attorney
                U.S. Attorney's Office
                1801 California St., Ste. 1600
                Denver, CO 80202
                Telephone: 303-454-0100
                Fax: 303-454-0401
                E-mail:  Alecia.Riewerts@usdoj.gov
                Attorney for Government