IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY LOPEZ,

    Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant's Unopposed Motion to Exclude 120 Days from the Requirement of the Speedy Trial Act (Doc. # 20). The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. The Government has not submitted all discovery.

2. Defense counsel needs additional time to review the discovery received and the additional discovery that will be submitted by the Government

3. Defense counsel will need additional time to review all discovery with the Defendant and confer about the case.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that Defendant's Unopposed Motion to Exclude 120 Days from the Requirement of the Speedy Trial Act (Doc. # 20) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>120 days, which shall be excluded from the speedy trial clock, which currently stands at **August 26, 2020**</u>.  It is

ORDERED that pretrial motions are due by **November 2, 2020**.  Responses due by **November 16, 2020**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **August 6, 2020**, is VACATED and RESET to **December 3, 2020, at 3:00 PM**.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **August 17, 2020,** is VACATED and RESET to **December 14, 2020, at 8:30 AM**.

DATED: July 6, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge