IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY LOPEZ,

    Defendant.

## ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT AND CONTINUE TRIAL DATES

This matter is before the Court on Defendant's Unopposed Motion to Exclude 90 Days from the Requirement of the Speedy Trial Act (Doc. # 23).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. The Government has not submitted all discovery.

2. Defense counsel anticipates additional discovery to be a 32-gigabyte micro-SD car, the content of one additional electronic devise, and further investigative reports and documents.

3. Defense counsel will need additional time to review the additional discovery that will be submitted by the Government.

4. Defense counsel will need additional time to review all discovery with the Defendant and confer about the case.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion to Exclude 90 Days from the Requirement of the Speedy Trial Act (Doc. # 23) is GRANTED and the Court hereby grants an ends of justice continuance in this case of **90 days**, which shall be excluded from the speedy trial clock, which currently stands at **December 24, 2020**. It is

ORDERED that pretrial motions are due by **February 1, 2021**. Responses due by **February 15, 2021**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **December 3, 2020**, is VACATED and RESET to **March 10, 2021, at 3:00 PM**. It is

FURTHER ORDERED **that five-day** jury trial set to begin on **December 14, 2020,** is VACATED and RESET to **March 22, 2021, at 8:30 AM**.

DATED: October 19, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge