IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LOPEZ,

        Defendant.

## UNOPPOSED MOTION TO RESTRICT ACCESS

        The defendant, Gregory Lopez, through undersigned counsel, David Kraut, respectfully requests that Docket Numbers 26 and 27 be restricted at Level 2. The government does not oppose this request.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        *s/ David Kraut*
        DAVID KRAUT
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:    (303) 294-7002
        FAX:    (303) 294-1192
        Email:    David_Kraut@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

  I hereby certify that on January 29, 2021, I filed the foregoing **UNOPPOSED MOTION TO RESTRICT ACCESS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

  Alecia Riewerts, Assistant United States Attorney
  E-mail:  Alecia.Riewerts@usdoj.gov

  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Gregory Lopez (via U.S. mail)
  Reg. No. 45796-013
  FDC

          *s/ David Kraut*
          DAVID KRAUT
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone: (303) 294-7002
          FAX: (303) 294-1192
          Email: David_Kraut@fd.org
          Attorney for Defendant