IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY LOPEZ,

    Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant's Unopposed Motion to Exclude Time from the Requirements of the Speedy Trial Act (Doc. # 27). The Court has reviewed this Motion and the case file, and the reasons set forth in the Motion, specifically:

1. Counsel needs additional time to review discovery with the Defendant.

2. Due to public health concerns related to the ongoing COVID-19 pandemic, counsel still has not had an opportunity to visit Defendant in person and does not expect to have such an opportunity for at least several months.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion to Exclude Time from the Requirements of the Speedy Trial Act (Doc. # 27) is GRANTED and the Court hereby grants an ends of justice continuance in this case of **90 days**, which shall be excluded from the speedy trial clock, which currently stands at **March 25, 2021**. It is

ORDERED that pretrial motions are due by **May 10, 2021**. Responses due by **May 24, 2021**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **March 10, 2021**, is VACATED and RESET to **June 9, 2021 at 3:00 PM**. It is

FURTHER ORDERED **that five-day** jury trial set to begin on **March 22, 2021,** is VACATED and RESET to **June 21, 2021, at 8:30 AM**.

DATED: February 1, 2021

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge