IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LOPEZ,

        Defendant.

**JOINT MOTION TO EXTEND MOTIONS AND RESPONSE DEADLINES**

The defendant, Gregory Lopez ("Mr. Lopez"), by and through undersigned counsel, David Kraut, and joined by the government through Assistant United States Attorney Alecia Riewerts, respectfully moves the Court to extend the motions deadline in this case to Monday, July 19, 2021, and the response deadline to Wednesday, July 28, 2021. As grounds, the parties state:

As detailed in prior motions to exclude time from the requirements of the Speedy Trial Act, the parties have engaged in productive negotiations over the course of the last year. The negotiation process was delayed by the COVID-19 pandemic. Recently, Mr. Lopez submitted a mitigation packet to the government. Following the government's prompt review of that information, the parties discussed specific terms of a potential plea agreement on several occasions. At this time, the government has indicated a need to review Mr. Lopez's latest proposal internally and conduct necessary victim communication before formally extending a plea offer.

The parties anticipate knowing whether this case will resolve by plea agreement, and if so, the precise terms of that agreement, by Friday July 16, 2021. The parties respectfully move to

extend the motions and response deadlines to allow for the negotiation process to continue through that time without adverse effects to either party's ability to litigate issues through pre-trial motions.

Respectfully submitted,

| | |
|---|---|
| MATTHEW T. KIRSCH<br>Acting United States Attorney | VIRGINIA L. GRADY<br>Federal Public Defender |
| *s/ Alecia Riewerts*<br>ALECIA RIEWERTS<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1801 California St., Ste. 1600<br>Denver, CO 80202<br>Telephone: 303-454-0100<br>Fax: 303-454-0401<br>E-mail: Alecia.Riewerts@usdoj.gov<br>Attorney for Government | *s/ David Kraut*<br>DAVID KRAUT<br>Assistant Federal Public Defender<br>633 17th Street, Suite 1000<br>Denver, CO  80202<br>Telephone:    (303) 294-7002<br>FAX:              (303) 294-1192<br>Email:            David_Kraut@fd.org<br>Attorney for Defendant |

CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2021, I filed the foregoing **JOINT MOTION TO EXTEND MOTIONS AND RESPONSE DEADLINES** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Alecia L. Riewerts, Assistant United States Attorney
    E-mail:  Alecia.Riewerts@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Gregory Lopez (via U.S. mail)
    Reg. No. 45796-013

                                    *s/ David Kraut*
                                      DAVID KRAUT
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:     (303) 294-7002
                                      FAX:              (303) 294-1192
                                      Email:            David_Kraut@fd.org
                                      Attorney for Defendant

3