IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LOPEZ,

        Defendant.

## NOTICE OF DISPOSITION

        The defendant, Gregory Lopez, by and through undersigned counsel, David Kraut, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant notes that a change of plea hearing is set for August 11, 2021, at 3:00 p.m.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        *s/ David Kraut*
        DAVID KRAUT
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:   (303) 294-7002
        FAX:           (303) 294-1192
        Email:         David_Kraut@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2021, I filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Alecia L. Riewerts, Assistant United States Attorney
    E-mail:  Alecia.Riewerts@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Gregory Lopez (via U.S. mail)
    Reg. No. 45796-013

                                    *s/ David Kraut*
                                    DAVID KRAUT
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:    (303) 294-7002
                                    FAX:            (303) 294-1192
                                    Email:          David_Kraut@fd.org
                                    Attorney for Defendant