IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     GREGORY LOPEZ,

       Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED this 14th day of September 2021.

                                                           Respectfully submitted,

                                                           MATTHEW T. KIRSCH
                                                           Acting United States Attorney

                                                           By: *s/Tonya S. Andrews*
                                                           Tonya S. Andrews
                                                          Assistant United States Attorney
                                                          United States Attorney's Office
                                                          1801 California Street, Suite 1600
                                                          Denver, CO 80202
                                                          303-454-0100
                                                          Tonya.Andrews@usdoj.gov
                                                          *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 14th day of September 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                     s/ Jasmine Zachariah
                      FSA Data Analyst
                      Office of the U.S. Attorney