IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GREGORY LOPEZ,

      Defendant.

_____

**UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE**
_____

COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the one LG LM-X320MA cellular telephone with IMEI 358335101997409 listed in the Indictment and Plea Agreement (Doc. 1, 39), as it will remain in the possession of the Colorado Springs Police Department.

DATED this 14th day of September 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202

1

303-454-0100
Tonya.Andrews@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

*s/ Jasmine Zachariah*
FSA Data Analyst
Office of the U.S. Attorney