IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GREGORY LOPEZ,

       Defendant.

## UNOPPOSED MOTION TO RESTRICT ACCESS

The defendant, Gregory Lopez, by and through undersigned counsel, David Kraut, respectfully requests that Docket Nos. 45 and 46 be restricted at Level 2. The government does not oppose this request.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       *s/ David Kraut*
       DAVID KRAUT
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:   (303) 294-7002
       FAX:              (303) 294-1192
       Email:            David_Kraut@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I filed the foregoing **UNOPPOSED MOTION TO RESTRICT ACCESS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Alecia L. Riewerts, Assistant United States Attorney
E-mail:  Alecia.Riewerts@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Gregory Lopez (via U.S. mail)
Reg. No. 45796-013

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:              (303) 294-1192
Email:           David_Kraut@fd.org
Attorney for Defendant

2