IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY LOPEZ,

    Defendant.

**UNITED STATES' MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Alecia L. Riewerts, respectfully moves for an additional one-level reduction in defendant Gregory Lopez's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines.  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

//

//

//

//

//

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Alecia L. Riewerts*
By: Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Alecia.Riewerts@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of November, 2021, I electronically filed the foregoing **UNITED STATES' MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Defense Attorney:**
David Kraut

**Email Address:**
David_Kraut@fd.org

      *s/ Alecia L. Riewerts*
      By: Alecia L. Riewerts
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California St., Ste. 1600
      Denver, CO 80202
      Telephone: 303-454-0100
      Fax: 303-454-0401
      E-mail:  Alecia.Riewerts@usdoj.gov
      Attorney for Government