IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY LOPEZ,

    Defendant.

### ORDER

THIS MATTER coming before the Court upon motion of the United States to grant defendant Gregory Lopez an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that defendant Gregory Lopez be granted an additional one-level decrease in the offense level.

Dated this _____ day of _____, 2021.

BY THE COURT

_____
JUDGE CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO