IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY LOPEZ,

    Defendant.

---

**UNITED STATES' MOTION TO DISMISS COUNTS TWO AND FOUR
OF THE INDICTMENT AT TIME OF SENTENCING**

---

As contemplated by the parties' Plea Agreement, the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Alecia L. Riewerts, respectfully moves to dismiss Counts Two and Four of the Indictment at the time of sentencing. When considered together with the entirety of the Plea Agreement, the United States submits that Counts One and Three of the Indictment adequately reflect the seriousness of the actual offense behavior and that the dismissal of Counts Two and Four will not undermine the statutory purposes of sentencing or the sentencing guidelines. *See* U.S.S.G. § 6B1.2(a) (2012).

//

//

//

//

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Alecia L. Riewerts*
By: Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Alecia.Riewerts@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2021, I electronically filed the foregoing **UNITED STATES' MOTION TO DISMISS COUNTS TWO AND FOUR OF THE INDICTMENT AT TIME OF SENTENCING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Defense Attorney:**
David Kraut

**Email Address:**
David_Kraut@fd.org

*s/ Alecia L. Riewerts*
By: Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Alecia.Riewerts@usdoj.gov
Attorney for Government