IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY LOPEZ,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the United States to dismiss Counts Two and Four of the Indictment and for good cause shown;

IT IS HEREBY ORDERED that Counts Two and Four of the Indictment are dismissed.

Dated this _____ day of _____, 2021.

                                            BY THE COURT

                                            _____
                                            JUDGE CHRISTINE M. ARGUELLO
                                            UNITED STATES DISTRICT COURT
                                            DISTRICT OF COLORADO