IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GREGORY LOPEZ,

    Defendant.

## UNITED STATES' RESPONSE TO DEFENDANT'S RESPONSES TO PRESENTENCE INVESTIGATION REPORT

The United States of America ("the government"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Alecia L. Riewerts, respectfully submits this response to defendant Gregory Lopez's Responses to Presentence Investigation Report [ECF #44]. This response addresses the clarifications in the order contained in the defendant's pleading.

**Paragraph 4:** The government does not object to the inclusion of this information in the Presentence Investigation Report.

**Paragraph 32:** The government does not object to the inclusion of this information in the Presentence Investigation Report.

**Paragraph 91:** The government does not object to the inclusion of this information in the Presentence Investigation Report.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Alecia L. Riewerts*
ALECIA L. RIEWERTS
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Alecia.Riewerts@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of November, 2021, I electronically filed the foregoing **UNITED STATES' RESPONSE TO DEFENDANT'S RESPONSES TO THE PRESENTENCE INVESTIGATION REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Defense Attorney:**
David Kraut

**Email Address:**
David_Kraut@fd.org

                                        By:    *s/ Alecia L. Riewerts*
                                        ALECIA L. RIEWERTS
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1801 California St., Suite 1600
                                        Denver, Colorado 80202
                                        Telephone: (303) 454-0100
                                        Email: Alecia.Riewerts@usdoj.gov
                                        Attorney for Government