IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY LOPEZ,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 53**
_____

The United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Alecia L. Riewerts, respectfully moves to restrict Document No. 53, the attachment to Document No. 53, any order revealing the contents of Document No. 53, and the United States' Brief in Support of Motion to Restrict Document No. 53, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" restriction which would make the document and any order revealing the contents of that document, "viewable only by Case Participants and the Court" only.

Respectfully submitted this 30th day of November, 2021.

        MATTHEW T. KIRSCH
        ACTING UNITED STATES ATTORNEY

By:   *s/ Alecia L. Riewerts*
       ALECIA L. RIEWERTS
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:   303-454-0401
       E-mail: Alecia.Riewerts@usdoj.gov
       Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of November, 2021, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 53** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ *Portia Peter*
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Portia.Peter@usdoj.gov