**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00165-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY LOPEZ,

    Defendant.

_____

**ORDER TO RESTRICT DOCUMENT NO. 53**
_____

This matter is before the Court on the Government's Motion to Restrict Document No. 53. Upon consideration and for good cause shown,

IT IS ORDERED that Document No. 53, the attachment to Document No. 53, the United States' Brief in Support of Motion to Restrict Document No. 53, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that Document No. 53 shall be restricted to a "Level 1" and will be "viewable only by Case Participants and the Court" only.

IT IS SO ORDERED on this _____ day of _____, 2021.

BY THE COURT:

_____
JUDGE CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO